# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 20-mj- 214-AJ
DEVICES SEIZED PURSUANT TO SW-20-mj-213-01-AJ, )
NOW SECURED IN THE CUSTODY OF THE FBI, AS )
DESCRIBED FULLY IN ATTACHMENT A )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attachment A

located in the _____ District of New Hampshire , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC §1470 | Transfer or Attempt to Transfer Obscene Material to Minors |
| 18 USC §2252(a)(4)(B) | Illegal Possession of Child Pornography |
| 18 USC §2252A(a)(2) | Illegal Receipt of Child Pornography |

The application is based on these facts:
Affidavit of Tarah Rankins

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Tarah Rankins
*Applicant's signature*

Tarah Rankins, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic conference.
*(specify reliable electronic means)*.

Andrea K. Johnstone
*Judge's signature*

Date: Nov 19, 2020

City and state: Concord, New Hampshire

Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*